B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Christman, Janice M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9488** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12736 South Parnell Avenue**<br>**Chicago, IL**<br><div align="right">ZIP Code **60628-7112**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

---

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9          ☐ Chapter 15 Petition for Recognition
☐ Chapter 11              of a Foreign Main Proceeding
☐ Chapter 12         ☐ Chapter 15 Petition for Recognition
☐ Chapter 13              of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts,     ☐ Debts are primarily
defined in 11 U.S.C. § 101(8) as              business debts.
"incurred by an individual primarily for
a personal, family, or household purpose."

---

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                       Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Christman, Janice M** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Northern District of Illinois** | Case Number:<br>**03-10465** | Date Filed:<br>**3/07/03** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X</b>  <b>/s/ Michael White</b>                                        <b>May  2, 2008</b><br>   Signature of Attorney for Debtor(s)                     (Date)<br>   <b>Michael White 3001830</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|                     _____<br>                    (Name of landlord that obtained judgment) |
|                     _____<br>                    (Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                          **Page 3**

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Christman, Janice M**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Janice M Christman
Signature of Debtor    **Janice M Christman**

**X**
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**May  2, 2008**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Attorney*

**X** /s/ Michael White
Signature of Attorney for Debtor(s)

**Michael White 3001830**
Printed Name of Attorney for Debtor(s)

**Michael White**
Firm Name

**30 North LaSalle Street**
**Suite 2024**
**Chicago, IL 60602-3355**

Address

                              **Email: MWhit1967@aol.com**
**312-236-4544  Fax: 312-236-0182**
Telephone Number

**May  2, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

**X**

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re __Janice M Christman__                           Case No. _____

                                    Debtor(s)          Chapter   __7__

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Janice M Christman**
**Janice M Christman**
Date:   **May  2, 2008**

B6D (Official Form 6D) (12/07)

In re   **Janice M Christman** , Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **2168134** <br><br> **Citifinancial Mortgage** <br> **P.O. Box 9438** <br> **Dept. 0251** <br> **Gaithersburg, MD 20898-9438** | | - | | **2000** <br><br> **First Mortgage** <br><br> **Single Family Residence** <br> **12736 South Parnell Avenue** <br> **Chicago, IL 60628-7112** | | | X | | |
| | | | | Value $           **106,000.00** | | | | **77,500.00** | **0.00** |
| Account No. **979088** <br><br> **Household Auto Finance** <br> **P.O. Box 17903** <br> **San Diego, CA 92177-7903** | | - | | **Purchase Money Security** <br><br> **2001 Mitsubishi Galant** | | | | | |
| | | | | Value $              **5,000.00** | | | | **7,025.83** | **2,025.83** |
| Account No. **50000000979088** <br><br> **HSBC Auto Finance** <br> **P.O. Box 17904** <br> **San Diego, CA 92177** | | - | | **2002** <br><br> **Purchase Money Security** <br><br> **2004 Mercury Sable 4 Door** | | | X | | |
| | | | | Value $                 **0.00** | | | | **23.00** | **23.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

|  | | |
|---|---|---|
| **0**   continuation sheets attached | Subtotal <br> (Total of this page) | **84,548.83** | **2,048.83** |
| | Total <br> (Report on Summary of Schedules) | **84,548.83** | **2,048.83** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07)

.

In re    **Janice M Christman**                                              Case No. _____
                                                                    ,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Janice M Christman** _____,   Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **PAS F906643 IL** **City of Chicago** P.O. Box 88292 Chicago, IL 60680-1292 | - | | **Parking Tickets** | | X | | 440.00 | | 0.00 440.00 |
| Account No. **PIN #: 25-33-105-036-0000** **Cook County Treasurer** P.O. Box 4488 Carol Stream, IL 60197-4488 | - | | **September 2007** **Real Estate Property Taxes** | | X | | 867.99 | | 0.00 867.99 |
| Account No. **PIN # 25-33-105-036-0000** **Cook County Treasurer** P.O. Box 4488 Carol Stream, IL 60197-4488 | - | | **2007** **Real Estate Property Taxes** | | X | | 417.92 | | 0.00 417.92 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 1,725.91 | 0.00 1,725.91 |
| Total (Report on Summary of Schedules) | 1,725.91 | 0.00 1,725.91 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re __Janice M Christman_____,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 3696-05051 **ABC Financial Services** **P.O. Box 6800** **North Little Rock, AR 72124** | - | | | | **Unsecured Loan** | | X | | 115.45 |
| Account No. 204562383 **Advocate Health Care** **4601 Sauk Trail** **Richton Park, IL 60471** | - | | | | **2002** **Medical Services** | | X | | 150.00 |
| Account No. 20456238-3 **Advocate Trinity Hospital** **2320 East 93rd Street** **Chicago, IL 60617** | - | | | | **2002** **Hospital Services** | | X | | 150.00 |
| Account No. 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 **Advocate Trinity Hospital** **2320 East 93rd Street** **Chicago, IL 60617** | - | | | | **Hospital Services** | | X | | 175.00 |

__9___ continuation sheets attached

Subtotal
(Total of this page) | 590.45

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:37364-080317   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Janice M Christman**                                              ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2023356544**<br><br>**AFNI**<br>**404 Brock Drive**<br>**P.O. Box 3097**<br>**Bloomington, IL 61702-3097** | - | | **2006**<br>**Trade debt** | | X | | 1,000.00 |
| Account No.<br><br>**Alan Kushner D.D.S. & Assoc.**<br>**205 North Michigan Avenue**<br>**Suite 2214**<br>**Chicago, IL 60601** | - | | **Trade debt** | | X | | 11.10 |
| Account No. **00723225260**<br><br>**American Family Insurance**<br>**Payment Processing Center**<br>**P.O. Box 709**<br>**Needham Heights, MA 02494-0005** | - | | **2002**<br>**Trade debt** | | X | | 88.14 |
| Account No. **4500603565 Invoice No.**<br><br>**American Medical Collection Agency**<br>**P.O. Box 1235**<br>**Elmsford, NY 10523-0935** | - | | **4/7/2007**<br>**Trade debt** | | X | | 119.50 |
| Account No. **4465 1110 0893 506**<br><br>**Arrow Financial Services, Inc.**<br>**5996 West Touhy Ave.**<br>**Niles, IL 60714** | - | | **Credit Card Purchases** | | X | | 3,501.64 |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **4,720.38**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Janice M Christman**                                           ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **01-0300008798300031533600** | | | | | Cable Television Service | | | | |
| **AT&T Broadband** **1225 West North Avenue** **Chicago, IL 60622-1555** | - | | | | | | X | | |
| | | | | | | | | | 104.58 |
| Account No. **007 007408** | | | | | Trade debt | | | | |
| **Bank Financial** **6415 West 95th Street** **Chicago Ridge, IL 60415-9902** | - | | | | | | X | | |
| | | | | | | | | | 95.00 |
| Account No. **8599257-840M04088 011997** | | | | | Credit Card Purchases | | | | |
| **BMG Music Service** **P.O. Box 91545** **Indianapolis, IN 46291-0545** | - | | | | | | X | | |
| | | | | | | | | | 40.88 |
| Account No. **5570-0917-8025-7398** | | | | | Credit Card Purchases | | | | |
| **Capital One Bank** **c/o Capital Management Services, LP** **726 Exchange St. - Suite 700** **Buffalo, NY 14210** | - | | | | | | X | | |
| | | | | | | | | | 850.00 |
| Account No. **4121-7416-6438-8662** | | | | | 2000 Credit Card Purchases | | | | |
| **Capital One Bank USA NA** **P.O. Box 30281** **Salt Lake City, UT 84130-0281** | - | | | | | | X | | |
| | | | | | | | | | 111.00 |

Sheet no. __**2**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,201.46

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Janice M Christman**                                    ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4121-7417-5556-4387** | | | | | **2000** **Credit Card Purchases** | | | | |
| **Capital One Bank USA NA** **P.O. Box 30281** **Salt Lake City, UT 84130-0281** | - | | | | | | X | | |
| | | | | | | | | | 800.00 |
| Account No. **4328535** | | | | | **Trade debt** | | | | |
| **Chicago Tribune** **c/o Biehl & Biehl** **P.O. Box 87410** **Carol Stream, IL 60188-7410** | - | | | | | | X | | |
| | | | | | | | | | 25.87 |
| Account No. **01428737** | | | | | **11/29/07** **Trade debt** | | | | |
| **City of Chicago** **EMS** **33589 Treasury Center** **Chicago, IL 60694** | - | | | | | | X | | |
| | | | | | | | | | 100.00 |
| Account No. **140045-140045** | | | | | **Trade debt** | | | | |
| **City of Chicago** **The Department of Water Management** **P.O. Box 6330** **Chicago, IL 60680-6330** | - | | | | | | X | | |
| | | | | | | | | | 601.31 |
| Account No. **33794911** | | | | | **2006** **Trade debt** | | | | |
| **CMI** **4200 International Parkway** **Carrollton, TX 75007-1912** | - | | | | | | X | | |
| | | | | | | | | | 342.00 |

Sheet no. __**3**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,869.18

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Janice M Christman**                                              ,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6954901** <br><br> **Collection Systems, Inc.** <br> **8 South Michigan** <br> **Suite 618** <br> **Chicago, IL 60603** | - | | | | **2002** <br> **Trade debt** | | | | 50.00 |
| Account No. **7458501** <br><br> **Collection Systems, Inc.** <br> **8 South Michigan** <br> **Suite 618** <br> **Chicago, IL 60603** | - | | | | **2002** <br> **Trade debt** | | | X | 75.00 |
| Account No. **9124201** <br><br> **Collection Systems, Inc.** <br> **8 South Michigan** <br> **Suite 618** <br> **Chicago, IL 60603** | - | | | | **2002** <br> **Trade debt** | | | X | 75.00 |
| Account No. **50520011532** <br><br> **Columbia House DVD Club** <br> **Customer Service Center** <br> **P.O. Box 91605** <br> **Indianapolis, IN 46291-0605** | - | | | | **Trade debt** | | | X | 112.00 |
| Account No. **9379005007** <br><br> **ComEd** <br> **Customer Care Center** <br> **P.O. Box 87522** <br> **Chicago, IL 60680-6330** | - | | | | **Electric Utility Services** | | | X | 800.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,112.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Janice M Christman**                                          , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Drs. Michet, Michet & Michet**<br>**9541 So. Pulaski Road** | - | | | | | | 0.00 |
| Account No. **T9650933-MW-ST510-999**<br><br>**Drs. Michet, Michet & Michet**<br>**9541 So. Pulaski Road**<br>**Evergreen Park, IL 60805-1911** | - | | Medical Services | | X | | 38.75 |
| Account No.<br><br>**Enterprise Rent-A-Car**<br>**7518 West 98th Place**<br>**Bridgeview, IL 60455-2312** | - | | **2002**<br>**Trade debt** | | X | | 450.00 |
| Account No. **532902607296**<br><br>**FIA Csna**<br>**4050 Ogletown/Station Rd.**<br>**DE5-019-03-07**<br>**Newark, DE 19713** | - | | **2004**<br>**Credit Card Purchases** | | X | | 993.00 |
| Account No. **98757398892003555**<br><br>**Heller & Frisone**<br>**33 North LaSalle Street**<br>**Suite 1200**<br>**Chicago, IL 60602-2603** | - | | **2003**<br>**Credit Card Purchases** | | X | | 222.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,703.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Janice M Christman**                                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **625441** | | | Trade debt | | | | |
| **Ice Mountain** c/o The Bureaus, Inc. 1717 Central Street Chicago, IL 60678-1353 | - | | | | X | | 80.44 |
| Account No. **1138772551** | | | Trade debt | | | | |
| **Ladies Home Journal** Billing Center 1716 Locust Street Des Moines, IA 50309-3023 | - | | | | X | | 17.46 |
| Account No. **3FX34709** | | | Local and Long Distance Telephone Service | | | | |
| **MCI** Consumer Markets Denver, CO 80217-0890 | - | | | | X | | 0.00 |
| Account No. **7734681701** | | | Telephone Services | | | | |
| **New Millenium Telecommunications** 2019 West 95th Street Chicago, IL 60643 | - | | | | X | | 40.45 |
| Account No. **86098** | | | Trade debt | | | | |
| **Northwestern Internists, Ltd.** 676 North St. Clair Suite 415 Chicago, IL 60611 | - | | | | X | | 46.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    184.35

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Janice M Christman** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **369664** <br><br>**Northwestern Memorial Physicians** <br>**75 Remittance Drive** <br>**Suite #1293** <br>**Chicago, IL 60675-1293** | - | | | | **12/19, 12/20/ & 12/27/2007** <br>**Trade debt** | | X | | 140.00 |
| Account No. **M122002-93-828** <br><br>**Payday Loan Store - Lansing** <br>**c/o Mages & Price** <br>**102 Wilmot Road - Suite 410** <br>**Deerfield, IL 60015** | - | | | | **Unsecured Loan** | | X | | 475.00 |
| Account No. **2500041465034** <br><br>**People's Energy** <br>**130 East Randolph Drive** <br>**17th Floor** <br>**Chicago, IL 60601** | - | | | | **2005** <br>**Gas Utility Services** | | X | | 2,303.00 |
| Account No. **2500048784682** <br><br>**People's Energy** <br>**130 E. Randolph Drive** <br>**17th Floor** <br>**Chicago, IL 60601** | - | | | | **2007** <br>**Gas Utility Services** | | X | | 2,500.00 |
| Account No. **2 5000 1297 0243** <br><br>**People's Energy** <br>**Chicago, IL 60687-0001** | - | | | | **Gas Utility Services** | | X | | 1,440.79 |

Sheet no. __**7**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,858.79

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Janice M Christman** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **3709729** | | | | | **2002** **Trade debt** | | | | |
| **Receivables Performance** **P.O.Box 768** **Bothell, WA 98041** | - | | | | | | X | | 136.00 |
| Account No. **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** | | | | | **Hospital Services** | | | | |
| **Roseland Community Hospital** **45 West 111th Street** **Chicago, IL 60628** | - | | | | | | X | | 200.00 |
| Account No. **065555269 1** | | | | | **Telephone Services** | | | | |
| **Sprint PCS** **P.O. Box 219554** **Kansas City, MO 64121-9554** | - | | | | | | X | | 178.73 |
| Account No. **7864580** | | | | | **2006** **Trade debt** | | | | |
| **State Collection Service** **P.O. Box 6250** **Madison, WI 53701** | - | | | | | | | | 69.00 |
| Account No. **3085030** | | | | | **Bank Overdraft** | | | | |
| **TCF Bank** **c/o Professional Account Mgmt., LLC** **P.O. Box 391** **Milwaukee, WI 53201-0391** | - | | | | | | X | | 80.96 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **664.69**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Janice M Christman** _____,    Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **208416123 0048230 (NCO-55312U)** | | | | | **Trade debt** | | | | |
| **Windy City Physicians c/o NCO Financial Systems, Inc. 507 Prudential Road Horsham, PA 19044** | - | | | | | | | | **34.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __**9**__ of __**9**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **34.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **18,939.05** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

ABC Financial Services
P.O. Box 6800
North Little Rock, AR 72124


Advocate Health Care
4601 Sauk Trail
Richton Park, IL 60471


Advocate Trinity Hospital
2320 East 93rd Street
Chicago, IL 60617


Advocate Trinity Hospital
2320 East 93rd Street
Chicago, IL 60617


AFNI
404 Brock Drive
P.O. Box 3097
Bloomington, IL 61702-3097


Alan Kushner D.D.S. & Assoc.
205 North Michigan Avenue
Suite 2214
Chicago, IL 60601


American Family Insurance
Payment Processing Center
P.O. Box 709
Needham Heights, MA 02494-0005


American Medical Collection Agency
P.O. Box 1235
Elmsford, NY 10523-0935


Arrow Financial Services, Inc.
5996 West Touhy Ave.
Niles, IL 60714


AT&T Broadband
1225 West North Avenue
Chicago, IL 60622-1555

Bank Financial
6415 West 95th Street
Chicago Ridge, IL 60415-9902


BMG Music Service
P.O. Box 91545
Indianapolis, IN 46291-0545


Capital One Bank
c/o Capital Management Services, LP
726 Exchange St. - Suite 700
Buffalo, NY 14210


Capital One Bank USA NA
P.O. Box 30281
Salt Lake City, UT 84130-0281


Capital One Bank USA NA
P.O. Box 30281
Salt Lake City, UT 84130-0281


Chicago Tribune
c/o Biehl & Biehl
P.O. Box 87410
Carol Stream, IL 60188-7410


Citifinancial Mortgage
P.O. Box 9438
Dept. 0251
Gaithersburg, MD 20898-9438


City of Chicago
EMS
33589 Treasury Center
Chicago, IL 60694


City of Chicago
The Department of Water Management
P.O. Box 6330
Chicago, IL 60680-6330


City of Chicago
P.O. Box 88292
Chicago, IL 60680-1292

CMI
4200 International Parkway
Carrollton, TX 75007-1912


Collection Systems, Inc.
8 South Michigan
Suite 618
Chicago, IL 60603


Collection Systems, Inc.
8 South Michigan
Suite 618
Chicago, IL 60603


Collection Systems, Inc.
8 South Michigan
Suite 618
Chicago, IL 60603


Columbia House DVD Club
Customer Service Center
P.O. Box 91605
Indianapolis, IN 46291-0605


ComEd
Customer Care Center
P.O. Box 87522
Chicago, IL 60680-6330


Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4488


Cook County Treasurer
P.O. Box 4488
Carol Stream, IL 60197-4488


Drs. Michet, Michet & Michet
9541 So. Pulaski Road


Drs. Michet, Michet & Michet
9541 So. Pulaski Road
Evergreen Park, IL 60805-1911

Enterprise Rent-A-Car
7518 West 98th Place
Bridgeview, IL 60455-2312


FIA Csna
4050 Ogletown/Station Rd.
DE5-019-03-07
Newark, DE 19713


Heller & Frisone
33 North LaSalle Street
Suite 1200
Chicago, IL 60602-2603


Household Auto Finance
P.O. Box 17903
San Diego, CA 92177-7903


HSBC Auto Finance
P.O. Box 17904
San Diego, CA 92177


Ice Mountain
c/o The Bureaus, Inc.
1717 Central Street
Chicago, IL 60678-1353


Ladies Home Journal
Billing Center
1716 Locust Street
Des Moines, IA 50309-3023


MCI
Consumer Markets
Denver, CO 80217-0890


New Millenium Telecommunications
2019 West 95th Street
Chicago, IL 60643


Northwestern Internists, Ltd.
676 North St. Clair
Suite 415
Chicago, IL 60611

```
Northwestern Memorial Physicians
75 Remittance Drive
Suite #1293
Chicago, IL 60675-1293


Payday Loan Store - Lansing
c/o Mages & Price
102 Wilmot Road - Suite 410
Deerfield, IL 60015


People's Energy
130 East Randolph Drive
17th Floor
Chicago, IL 60601


People's Energy
130 E. Randolph Drive
17th Floor
Chicago, IL 60601


People's Energy
Chicago, IL 60687-0001


Receivables Performance
P.O.Box 768
Bothell, WA 98041


Roseland Community Hospital
45 West 111th Street
Chicago, IL 60628


Sprint PCS
P.O. Box 219554
Kansas City, MO 64121-9554


State Collection Service
P.O. Box 6250
Madison, WI 53701


TCF Bank
c/o Professional Account Mgmt., LLC
P.O. Box 391
Milwaukee, WI 53201-0391
```

Windy City Physicians
c/o NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044